**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ROBERT HECHTER SILVERMAN,**

Plaintiff,

v.

**JULIE HECHTER SILVERMAN,**

Defendants.

Civil No. 00-2274 (PAM/JGL)

**O R D E R**

APPEARANCES

Susan Anderson McKay, Esq., on behalf of Plaintiff.

Michael Baxter, Esq., on behalf of Defendant.

The above-entitled matter came on for hearing, via telephone, before the undersigned Magistrate Judge of District Court on November 2, 2000, on Defendant's Motion to Quash (Doc. No. 9). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. L R 72.1.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Quash (Doc. No. 9) is **DENIED**, subject to the following conditions:

(1) Both parties must be deposed during the week of November 6, 2000;

(2) Both parties must be deposed before or both parties must be deposed after their November 8, 2000 hearing; and

(3) Both parties must be deposed on the same day.

Dated: November 2, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

NOV 0 2 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK