UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Hechter Silverman, CIVIL 00-2274 PAM/JGL

Plaintiff,

v.

Julie Hechter Silverman,

Defendant.

---

**ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated April 27, 2001, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: January 3, 2002

**PAUL A. MAGNUSON**, Judge
United States District Court

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

SILVERMAN V. SILVERMAN CV 00-2274 JRT/FLN

This case has been reassigned to Judge John R. Tunheim. The magistrate on this case is now Magistrate Judge Noel.