**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ROBERT HECHTER SILVERMAN,

Plaintiff,

Civil No. 00-2274 (JRT)

v.

**ORDER**

JULIE HECHTER SILVERMAN,

Defendant.

---

Susan Anderson McKay, MCKAY LAW OFFICE, 11359 Windrow Drive, Eden Prairie, Minnesota, 55344, for plaintiff.

Michael Baxter, LAW OFFICES OF MICHAEL BAXTER, 14501 Granada Drive, Suite 200, Apple Valley, Minnesota, 55124, for defendant.

Pursuant to defendant's letter dated March 22, 2002, the Court grants defendant's request for an opportunity to respond to new caselaw submitted as part of plaintiff's closing materials. A response is due on **Tuesday, April 2, 2002 by 5:00 p.m**.

DATED: April 1, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED APR 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____