**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ROBERT HECHTER SILVERMAN, Civil No. 00-2274 (JRT)

Petitioner,

v. **ORDER**

JULIE HECHTER SILVERMAN,

Respondent.

---

Susan Anderson McKay, MCKAY LAW OFFICE, 11359 Windrow Drive, Eden Prairie, Minnesota, 55344, for petitioner.

Michael Baxter, LAW OFFICES OF MICHAEL BAXTER, 14501 Granada Drive, Suite 200, Apple Valley, Minnesota, 55124, for respondent.

Petitioner Robert Hechter Silverman, a resident of Israel, petitioned this Court for return of the parties' two minor children to Israel pursuant to the Hague Convention 19 I.L.M. 1501 (1980) as implemented by the United Sates in the International Child Abduction Remedies Act, 42 U.S.C. sections 11601-11610. The Eighth Circuit determined that Israel is the children's habitual residence and this Court subsequently issued Orders relating to the practicalities of the children's return.

The parties have been unable to agree on how to divide the cost of return plane tickets for the two minor children. The Court held a telephone conference with the parties' counsel, and indicated that if the parties could not agree, the Court would order

FILED SEP 1 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. _____
DEPUTY CLERK _____

each side to pay for one of the two children's tickets. Julie Hechter Silverman (n/k/a Julie Schuster) has already purchased tickets at a cost of approximately $730.00 per child's ticket. Ms. Schuster's ticket was slightly more expensive.

Since the parties were unable to come to an agreement, the Court orders Mr. Silverman to reimburse Ms. Schuster for the price of one ticket. The Court once again encourages the parties to work together, with the best interest of their young children in mind. Mr. Silverman must comply with this Order no later than 1:00 p.m. central standard time, on September 22, 2003, or he will be held in contempt of Court.

## ORDER

**IT IS HEREBY ORDERED** that Robert Silverman shall **REMIT $730.00** to the Clerk of Court for the District of Minnesota by 1:00 p.m. September 22, 2003. Upon receipt of the funds, the Clerk of Court is respectfully directed to disperse the funds to Julie Hechter Silverman (n/k/a Julie Schuster), or her attorney as soon as possible.

DATED: Sept 18, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge