00-2274 JRT / FLN

RECEIVED
2004 MAY 27 AM 9:26
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

AFFIDAVIT OF SERVICE BY FACSIMILE AND U.S. MAIL

STATE OF MINNESOTA )
)SS.
COUNTY OF HENNEPIN )

Re: Silverman v. Silverman
Court File No.: 8th Circuit Court of Appeals File No. 02-2496

Susan A. McKay, of the City of Eden Prairie, County of Hennepin, in the State of Minnesota, being duly sworn, says that on May 25, 2004, she served the following :

Robert Silverman's Response to Memorandum of Respondent Regarding Award of Attorney Fees, Court Costs and Transportation Costs for the Minor Children.

By facsimile service pursuant to Rule 5.02 to Michael Baxter at (952)224-0901 and by mailing a copy thereof via United States mail, first-class, postage prepaid, and by depositing the same in the post office at Eden Prairie, Minnesota to:

Michael Baxter
Ames Business Center
2500 West County Road 42, Suite 160
Burnsville, MN 55337

Dated: [redacted]

Susan A. McKay

Subscribed and sworn to before
me on May 25, 2004.

Notary Public

TAMI A. HILL
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

SCANNED
MAY 27 2004
U.S. DISTRICT COURT MPLS